03-25-00794-CV

**FILED**
*November 5, 2025*
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

### Clerk's Record Status Report / Request for Extension of Time

Appellate Case Number: 03-25-00794-cv

Trial Court Case Number: C-1-CV-24-005283

**Please complete the Required section of this form and either the Status Report or Extension Request section.** If the Court grants a request for extension, it will not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. *See* Tex. R. App. P. 35.3(c).

**Status Report**

I am unable to file the clerk's record by the date such record is due because [check one]:

☑ The appellant has not paid or made arrangements to pay for the record.
☐ The appellant has only made partial payment for the record.

**Extension Request**

☐ The appellant is entitled to appeal without paying for the clerk's record, but due to workload, I have been unable to complete the record.

☑ Appellant has made the required payment or arranged to pay for the clerk's record, but due to workload, I have been unable to complete the record.

☐ Other (specify) _____

_____

The clerk's record in the above styled case is/was due  10/31/2025  (current appellate record due date). It is respectfully requested that an extension be granted to    11/14/2025    .

**Required**

| | |
|---|---|
| /S/ A. EDWARDS | Signature of Clerk* |
| ARIANA EDWARDS | Printed Name |
| 1700 GUADALUPE ST. | Address |
| AUSTIN, TX 78701 | City, State, Zip |
| 512-854-5959 | Phone Number |

\* You may use /s/ and your name typed, or print and sign the form. Once complete, the form should be emailed as a PDF attachment to 3rdclerksandreporter@txcourts.gov.